RADER, Chief Judge, PLAGER and LOURIE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**

Cary A. JARDIN, Plaintiff–Appellant,

v.

DATALLEGRO, INC., Defendant–Appellee,

and

Stuart O. Frost, Defendant–Appellee.

No. 2011–1474.

United States Court of Appeals, Federal Circuit.

April 9, 2012.

John C. Herman, Robbins Geller Rudman & Dowd LLP, of Atlanta, GA, argued for plaintiff-appellant, Cary A. Jardin. With him on the brief were Eric Alan Isaacson, Cody R. Lejeune, and Regis C. Worley, of San Diego, CA.

Juanita R. Brooks, Fish & Richardson, P.C., of San Diego, CA, argued for all defendants-appellees. With her on the brief for defendant-appellee DATAllegro, Inc. was Jason W. Wolff. Of counsel were John A. Dragseth, Fish & Richardson, of Minneapolis, MN, and Enrique D. Duarte, of Redwood City, CA; and Stacy Quan, Microsoft Corporation, of Redmond, Washington. Also on the brief for defendant-appellee Stuart O. Frost was George L. Hampton IV, HamptonHolley LLP, of Corona del mar, CA. With him on the brief was Colin C. Holley.

LOURIE, DYK, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**